# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**

**SECRET** unsealed 3/13/08

UNITED STATES OF AMERICA

V.

Lorenzo Pecoraro (6)

**WARRANT FOR ARREST**

CASE NUMBER: 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Lorenzo Pecoraro (6)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title ___See Above___ United States Code, Section(s)

W. Samuel Hamrick, Jr.                              Clerk of the Court
Name of Issuing Officer                              Title of Issuing Officer

A. Everill  (SEAL)                                   March 7, 2008   San Diego, CA
Signature of Deputy                                  Date and Location

Bail fixed at $ _____  by  The Honorable Cathy A. Bencivengo
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |