FID 70/463277

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Lorenzo Pecoraro (6)

08 MAR 26 PM 12:04

**SECRET**

**WARRANT FOR ARREST**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____

CASE NUMBER: 08CR0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Lorenzo Pecoraro (6) _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title _____ See Above _____ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                        Clerk of the Court
Name of Issuing Officer                        Title of Issuing Officer

_[signature]_                                  March 7, 2008   San Diego, CA
Signature of Deputy                            Date and Location

Bail fixed at $ _____ by          The Honorable Cathy A. Bencivengo
                                              Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | DATE 3/12/08 ARRESTED BY S/A M. Bettencourt, ICE | |

CLASS II "J"

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _[signature]_

0303

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

SECRET

UNITED STATES OF AMERICA

V.

Lorenzo Pecoraro (6)

**WARRANT FOR ARREST**

**CASE NUMBER:** 08cr0682 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Lorenzo Pecoraro (6)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:371; 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(I) - Conspiracy to Transport Illegal Aliens; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; 18:1957 - Engaging in Monetary Transactions in Property Derived from Unlawful Activity; 18:1956(a)(1)(B)(ii) - Laundering of Monetary Instruments; 18:2 Aiding and Abetting; 18:982 - Criminal Forfeiture

In violation of Title    See Above    United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

A. Everill
Signature of Deputy

SEAL

Bail fixed at $

March 7, 2008    San Diego, CA
Date and Location

by    The Honorable Cathy A. Bencivengo
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 1641 Loma Lane Chula Vista, CA 91911 |

| DATE RECEIVED 3/10/08 | NAME AND TITLE OF ARRESTING OFFICER Special Agent Michael Bettencourt | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 03/12/2008 | | |