**STEPHEN P. WHITE**
Attorney at Law
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Lorenzo Pecararo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-0682-JLS |
| ) | |
| Plaintiff, ) | Date: April 18, 2008 |
| ) | Time: 1:30 p.m. |
| v. ) | |
| ) | **NOTICE OF MOTIONS AND MOTIONS** |
| LORENZO PECARARO, ) | **FOR (1) DISCOVERY; AND** |
| ) | **2) TO FILE FURTHER MOTIONS** |
| Defendant. ) | |

TO: Karen Hewitt, UNITED STATES ATTORNEY
Stephen Frederick Miller, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on April 18, 2008, at 1:30 P.M., or as soon thereafter as counsel may be heard, defendant LORENZO PECARARO, by and through his counsel Stephen P. White, will respectfully move the Court for an order to grant the motions as set forth below.

**MOTIONS**

Defendant LORENZO PECARARO, by and through his counsel Stephen P. White, hereby moves this Court, pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure, the *Jencks* Act (18 U.S.C. § 3500), *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, the Fourth, Fifth, and Sixth Amendments to the Constitution of the United States, and the general supervisory powers of this Court, for an Order compelling the Government to disclose, or in the case of tangible evidence, to produce for inspection and copying, all evidence

1 and information in the possession, custody or control of the Government which may be favorable
2 to the defendant, or material on the issue of guilt or innocence, or which could lead to material
3 evidence, or evidence or information which could be useful in the examination of witnesses at
4 trial; and for disclosure and inspection of the information requested in the attached memorandum
5 of points and authorities.

6 Furthermore, pursuant to the Court's inherent supervisory power, defendant further moves
7 this Court to allow defendant to file further motions on the grounds that other motions cannot
8 be adequately addressed at this time due to the voluminous discovery in this case. It may be
9 necessary to file additional motions at a later date. Therefore, it is requested that defendant be
10 allowed to file further motions at a later date.

11 This motion is based upon this notice of motion, the accompanying memorandum of
12 points and authorities, the records and files in the instant case, and on any and all other matters
13 that may be presented to this Court prior to or at the time of the hearing of said motion.

15 Dated: April 14, 2008

17      *s/Stephen P. White*
     STEPHEN P. WHITE
18      Attorney for Defendant
     LORENZO PECARARO