**STEPHEN P. WHITE**
Attorney at Law
*California State Bar No. 125276*
101 W. Broadway, Suite 1950
San Diego, California 92101
Telephone: (619) 702-3753
Fax: (619) 238-9914

Attorney for Defendant
Lorenzo Pecoraro

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0682-JLS |
| Plaintiff, ) | ACKNOWLEDGMENT OF COURT DATE BY DEFENDANT |
| v. ) | |
| LORENZO PECORARO, ) | |
| Defendant. ) | |

The defendant, LORENZO PECORARO, hereby acknowledges that his next court date scheduled to take place on August 18, 2008 at 1:30 p.m., before Hon. Janis L. Sammartino.

Dated: 6/19/08

*/s/ Lorenzo Pecoraro, Jr.*
LORENZO PECORARO