**CERTIFICATE OF SERVICE**

     I hereby certify that on June 23, 2008, I electronically filed defendant's Acknowledgment of Next Court Date with the Clerk of the Court using the CM/ECF system. I thereby served the opposing party by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for this case.

                                               Respectfully submitted,

DATED: June 23, 2008                        */s/ Stephen P. White*
                                               STEPHEN P. WHITE, ESQ.
                                               Attorney for Defendant