1  **STEPHEN P. WHITE**
   Attorney at Law
2  *California State Bar No. 125276*
   101 W. Broadway, Suite 1950
3  San Diego, California 92101
   Telephone: (619) 702-3753
4  Fax: (619) 238-9914

5  Attorney for Defendant
   Lorenzo Pecoraro

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                (HONORABLE JANIS L. SAMMARTINO, JUDGE)

11 | UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr0682-JLS
                                      )
12 |          Plaintiff,              )   ACKNOWLEDGMENT OF
                                      )   COURT DATE BY DEFENDANT
13 |     v.                           )
                                      )
14 | LORENZO PECORARO,                )
                                      )
15 |          Defendant.              )
   |_____)
16

17      The defendant, LORENZO PECORARO, hereby acknowledges that his next court date

18 scheduled to take place on August 5, 2008 at 9:00 a.m., before Hon. Janis L. Sammartino.

19

20 Dated: 7/28/08

21                                              _____
                                                LORENZO PECORARO
22

23

24

25

26

27

28