1

**CERTIFICATE OF SERVICE**

2

3       I hereby certify that on July 28, 2008, I electronically filed defendant's Acknowledgment of Next

4   Court Date with the Clerk of the Court using the CM/ECF system.  I thereby served the opposing party

5   by e-filing to the Office of the Clerk, which will serve the parties listed on the electronic service list for

6   this case.

7

8                                      Respectfully submitted,

9

10   DATED: July 28, 2008                    */s/ Stephen P. White*
                                            STEPHEN P. WHITE, ESQ.
11                                          Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28